UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FOR THE __Eastern__ DISTRICT OF __Arkansas__ APR 22 2024

By: TAMMY H. DOWNS, CLERK
DEP CLER.

United States Of America,
Plaintiff / Respondent

v.

__Michael Roberts__,
Defendant / Petitioner

Case No. __4:17-cr-00293Bsm__

DEFENDANT'S MOTION FOR ADJUSTMENT OF SENTENCE

Defendant __Michael Roberts__, pro se, asks this Honorable

Court to apply a sentence reduction in consideration of:

_____ November 1, 2023 amendment to U.S.S.G. § 4A1.1 concerning
"Status Points" which affected Defendant's Criminal History
calculation retroactively because the current offense was
committed while under "any criminal justice sentence", such
as imprisonment, probation, or supervised release.

✓ November 1, 2023 amendment which added U.S.S.G. § 4C1.1 concerning
a 2 Level reduction to the offense level of certain offenders
with zero criminal history points, which affected Defendant's
offense level retroactively.

Defendant has reviewed the respective amendments from the

Sentencing Commission and believes the marked amendment(s) apply

to him. Therefore, Defendant asks this Honorable Court to adjust

his sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and

in consideration of the amendment(s) marked above.

Executed on this date of: __April 19, 2024__.

x _Michael R_____

Name: Michael Roberts
Reg. #: 31588-009
Address: USP Leavenworth
U.S. Penitentiary
Satellite Camp
P.O. Box 1000
Leavenworth KS 66048