# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**v.**                      **CASE NO. 4:17-CR-00293-BSM-05**

**MICHAEL J. ROBERTS**                                                   **DEFENDANT**

## **ORDER**

Michael J. Roberts's pro se motion to reduce sentence [Doc. No. 2852] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not apply to his case. This is true because he had one criminal history point, not zero. Additionally, Roberts's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 1361 at 3. Because Roberts knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a section 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 23rd day of April, 2024.

                                                                    /s/ Brian S. Miller
                                                         UNITED STATES DISTRICT JUDGE